# PD-0460-15

PD-0460-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/6/2015 2:31:33 PM
Accepted 7/7/2015 3:43:49 PM
ABEL ACOSTA
CLERK



## PAUL JOHNSON
## CRIMINAL DISTRICT ATTORNEY

DENTON COUNTY COURTS BUILDING, 3RD FLOOR
1450 EAST McKINNEY, SUITE 3100
P. O. BOX 2344
DENTON, TEXAS 76202

MAIN NUMBER 940-349-2600
MAIN FAX 940-349-2601
www.dentoncounty.com

HOT CHECKS 940-349-2700

July 6, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

> RE: *Joseph Levy v. State of Texas*
> Trial Court No. F-2012-0885-A
> Court of Appeals No. 11-13-00048-CR
> Court of Criminal Appeals No. PD-0460-15

Dear Mr. Acosta:

The State of Texas, by and through the Criminal District Attorney of Denton County, Texas, and Appellee herein, waives response to Appellant's Petition For Discretionary Review filed in the Court of Criminal Appeals on June 26, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

July 7, 2015

ABEL ACOSTA, CLERK

Sincerely,

Catherine Luft
Assistant Criminal District Attorney
Denton County, Texas

CL/sas